**No. 10-978. John Salvador, et ux., Petitioners v. Lake George Park Commission, et al.**

562 U.S. 1272, 131 S. Ct. 1617, 179 L. Ed. 2d 503, 2011 U.S. LEXIS 2060.

March 7, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 72 App. Div. 3d 1219, 899 N.Y.S.2d 386.

**No. 10-993. John C. Sharp, Petitioner v. United States.**

562 U.S. 1272, 131 S. Ct. 1618, 179 L. Ed. 2d 503, 2011 U.S. LEXIS 2034.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 400 Fed. Appx. 741.

**No. 10-1003. Monea Family Trust I, et al., Petitioners v. United States.**

562 U.S. 1272, 131 S. Ct. 1619, 179 L. Ed. 2d 503, 2011 U.S. LEXIS 2039.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 626 F.3d 271.

**No. 10-5746. Darrell Franklin, Petitioner v. Tennessee.**

562 U.S. 1272, 131 S. Ct. 1598, 179 L. Ed. 2d 503, 2011 U.S. LEXIS 1989,

March 7, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Western Division, denied.

Same case below, 308 S.W.3d 799.

**No. 10-5967. Jerald Alan Hammann, Petitioner v. Falls/Pinnacle, LLC, et al.; and Jerald Alan Hammann, Petitioner v. Donald Deyo, et al.**

562 U.S. 1272, 131 S. Ct. 1599, 179 L. Ed. 2d 503, 2011 U.S. LEXIS 2098.

March 7, 2011. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 10-6218. Dale Carter Shackelford, Petitioner v. Idaho.**

562 U.S. 1272, 131 S. Ct. 1599, 179 L. Ed. 2d 503, 2011 U.S. LEXIS 1947.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 150 Idaho 355, 247 P.3d 582.

**No. 10-6356. Daryl Marcus Pembrook, Petitioner v. United States.**

562 U.S. 1273, 131 S. Ct. 1599, 179 L. Ed. 2d 503, 2011 U.S. LEXIS 1976.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 609 F.3d 381.